Our final case this morning is number 141351, Oracle America, Inc. v. Google, Inc., Mr. Harris. Good morning. May it please the Court, my name is Mark Herron and I represent the appellant, Oracle America. The PTO's rejection of the 205 patent claims as anticipated by the Magnuson article should be reversed. The rejection of all claims except one in eight is based on a reading of the claim term overriding that is unduly broad. Do you concede that we have to disagree with the claim construction for there not to be anticipation? We have not argued that, as to the claims that have the overriding limitation in it, that under the board claim construction, the overriding element is not met. There is a separate argument that we have about enablement, about whether the Magnuson article is enabling, and that is a separate reason why the Magnuson article doesn't anticipate any of the claims, including claims one in eight. Okay. If I understand, I found the briefs difficult to follow. If I understand correctly, what you're saying is that a proper claim construction would exclude circumvention as included within overriding. Is that a fair statement? I'm not sure exactly what you mean by circumvention. Well, what's shown in the application with respect to three to five, that you're skipping those, so that wouldn't be covered by overriding. That's exactly correct. So the patent teaches that in figure, and this is displayed in figure five of the patent, that byte code two is the only byte code that gets overwritten. Byte code two gets overwritten with an instruction that calls the native machine instruction. You have to have that happen, rather than the circumvention that occurs with respect to three, four, and five. That's exactly correct. Okay. But looking at Magnuson, I'm not sure that Magnuson is showing circumvention, because they're in figure four, there are no arrows going back. So help me with that. Well, I would agree with that, actually. Magnuson doesn't show overriding, much less circumvention. So the invention of the 205 patent, and I'll contrast that with Magnuson, the 205 patent has at runtime, it has a list of virtual machine instructions, and then the interpreter decides that for a block of code, we're going to, it's going to be more efficient to run the native machine code, rather than interpret the virtual machine code line by line. So they're going to take an instruction, and replace the first instruction out of that first virtual machine instruction, and that's going to point to the native machine code, and then it's going to come back to the end. Is it doing that replacement at runtime? It's doing it at runtime. The patent, the claim one, so claim two depends from claim one, and claim one says it's at runtime, that the new instruction gets generated and gets placed into, well, claim one says instead of, but claim two says it's overwritten. Is your argument really that the board construction reads out the virtual machine instruction portion of the claim? I don't think that's our argument. I think our argument is simply that it doesn't require that the claim, that the new virtual machine instruction actually be written over the original virtual machine instruction. The board's construction simply says that it, that the instruction is run instead, or it replaces, or it's run instead of the original instruction, but that's what's claimed in claim one. And we have not appealed any of the other elements in claim one, because claim one doesn't have the overwriting limitation. Okay, but I'm still, I think I'd need to understand figure four in Magnuson in order to understand the connection. I understand your argument that overwriting doesn't include circumvention, and that seems to be a pretty good argument, but you also say that figure four isn't showing circumvention. So what is figure four showing? With respect, is it, for example, in the translated box at the top, is that the same as the translated block at the bottom? So it's, Magnuson is very difficult to follow. It's a pretty incomprehensible, but the best that I can understand it is that the interpreted program part on the left of figure four would correlate with the virtual machine instructions in figure five of the patent. On the right, the translated would be the block of, so that the small caps translated on the right is a block of native machine code, not virtual machine code. And figure four, all figure four shows. How does that relate to the box at the bottom? So, right, and the box at the bottom is this new block of, well, not necessarily new, it's a block of compiled native machine instructions. I may have spoken earlier that I'm not, it's not clear that the translated on top is native machine instructions. The translated block on the bottom is a block of native machine instructions, from best we can tell. So this shows that there's a pointer from the interpreted program down to this translated block, but A, it doesn't say that, nothing in Magnuson discloses that this occurs at all. It doesn't say that you can circumvent a block of code as you point it out, just like, nor does, I mean, all of it. So the problem I'm having is, and I appreciate your statement in that respect, but if we send it back and say, well, you made a mistake, the overriding doesn't include circumvention, that doesn't really help the board all that much because then they've still got to figure out whether what's shown in Magnuson is covered by the claim, and since we seem to agree that Magnuson doesn't show circumvention, what are they supposed to do? Well, I think the board thought that Magnuson does show circumvention. And I think that the only way that the board was able to affirm the examiner's rejection was by coming up with this new claim construction that simply has no basis in the patent itself. And apart from that, like, if the board were going to affirm on the grounds that the examiner found, it could have done so without coming up with this new instruction. So I think it would be helpful because, like I said, I think the board did think that there was this circumvention going on and that that's how they found under this broader construction. I agree that that's not what Magnuson shows. Well, that's our argument. We don't believe that that's what Magnuson shows. In Magnuson, what are sub-U and BCND? Are those blocks of code that are transferred over from the interpreted program? That's a good question. Magnuson doesn't have anything explaining what that is. But my understanding is that everything on the right-hand side in the simulation code to the upper right, that that is code that has then been interpreted at runtime from the virtual machine instructions into the native machine code. But not compiled as a block, which is what's down in the translated block at the bottom right. What's the level of skill and the art for this? I have no clue about it. I believe that the examiner defined the level of skill and the art as someone with a computer science degree and at least one year of programming experience. So what is it you think Magnuson needs to be enabling? Do you think it needs code? On the enablement argument, we don't think it needs code. But what we do think it needs, so the entire anticipation is based on this one sentence that says that either the internal format includes a direct pointer to the compiled block. This is at A918 toward the bottom. It says there are two ways of combining the threaded code model with block translation. Either the internal format includes a direct pointer to the compiled block or we introduce a new instruction translated. There's nothing in Magnuson that talks about how you generate this instruction translated, when it occurs. There's just no disclosure. And so we're not saying, I mean Google argues that we're saying that you need code. We're not saying that, but you need some disclosure. How would you introduce a new instruction without overwriting the existing code? Well, one example could be that you could insert it. So you could have the lines of code. As I mentioned before, the point of the invention is to take a block of code and run the native machine code as opposed to the virtual machine instructions. So rather than overwriting the first line of code, you can insert the new line of code in front of it. And so that first line of code would still exist. Everything would sort of move down. And then you could go over to the native machine instructions, run those, and then come back to the virtual machine instructions after that block is completed. But that's not what Magnuson shows, right? That's right. If the last bit of the machine code says... I'm sorry, the virtual or the native machine code? Well, so in Figure 5, you have Go Native, right? Yes. And Go Native, and it goes over and it runs some snippet of machine code. And then it says, don't go back to bytecode 3, go back to bytecode 6. Right. So if the point... I guess I'm a little concerned about your statement of the point of this great solution as perhaps not, in fact, depending in any meaningful way on overwriting in the specific sense of deleting a line and replacing it with another, as opposed to what it seems plain to me the board thought it included, which is skipping the execution of steps, which I think is what we've been talking about here in the language of circumvention. Well, again, that's claim one. Claim one has the claim language of... You said that the point of the invention here is to go and do a bunch of stuff in machine code that you would otherwise be doing by instruction by instruction, translating from the bytecode in the virtual machine context into machine code, running that machine, executing the machine code, coming back and doing the next thing. So why would there be, in terms of the purpose of this invention, anything that turns on deleting a line of code as compared to skipping its execution? Because everything that we've just described about going and executing and coming back, that's all in claim one. Claim one requires executing a new line of code instead of the line of code that was before. It's broader than claim two. Claim two has a specific type of executing code instead of other code, and that's by overwriting the code on top of the original line of code. And there may be some advantages to that, for example. It may be... It's very elegant. That's what I want to hear. It's very elegant. It's efficient. You don't need to insert... You don't need to deal with pointers in memory. You can take the class file and you can... The Java class file in which all the virtual machine instructions are, and you can simply overwrite the line of code. It's a very elegant solution. What is the reference to native Spark code that's on A486 in Magnuson? The Spark code is the native machine code. So Magnuson, the example that Magnuson is giving you is going from the... The program has written code in M88100 code, but is trying to run it on a machine that is a Spark, that operates in Spark code. So that's the native machine code in the example that Magnuson gives. Right. So what Magnuson says, assume that we wish to translate a sequence M88100 instructions to native Spark code. Isn't that effectively overwriting? I'm sorry, where are you looking? A486, just below figure four. Assume that we wish to translate M88100 instructions to native Spark code. I mean, that's what you're just translating. I'm sorry, are you talking about the next sentence after that? Yeah. The intermediate code is in a 64-bit format. So that's talking about... So what happens in Magnuson is that the M88100 code gets interpreted into this intermediate code first. And then the intermediate code has a pointer, then gets translated into the native machine code. And in figure four, it shows this pointer to a block of code that's already been compiled into the native machine code. That's all that this is discussing. It doesn't say anything about that there is a new virtual machine instruction that has overwritten the previous virtual machine instruction. Let me tell you what my problem is. We've discussed two things that you say are not covered by Hoare writing. You say it doesn't cover circumvention, and it doesn't cover insertion. And that may be correct. But you also say that Magnuson doesn't show circumvention or insertion. So what is it that Magnuson shows? And why is what Magnuson shows outside of the claim scope of claim two? Well, the board found that it did. The board found... Let's forget about the board. I don't know what... I mean, you're asking me to explain Google's argument about what it is in Magnuson. I don't think there is anything in Magnuson that teaches it, but the board found that there was. And so if you change the claim construction, it would make a difference in the proceedings before the board. I'm not sure of that. Well, in any event... What is your argument about the non-overwriting claims, which claims one and eight? Is that what they are? Yes. One and eight. So just focus on those for a minute. And you say Magnuson does not enable what's going on there. And that doesn't require overwriting. That doesn't require replacing a line of code with another one. So what's the argument for... Well, the entire argument for anticipation, even as it claims one and eight, comes down to this sentence where it says we introduce a new line of code called translated. And there's just nothing in the disclosure discussing what that means, how a person of skill in the art would do that. There's just nothing in the disclosure that would enable a person of skill in the art to accomplish that. Well, isn't your answer to that question that claim one, unlike claim two, would incorporate circumvention and insertion? It would. All very interesting, but it doesn't tell us what Magnuson is and why it's not part of the claim construction, even with your limits on the claim construction, so the overwriting doesn't include circumvention and insertion. Well, I think, Your Honor, that these are questions that the board can address on remand if this court fixes the claim construction, then the board can certainly determine on remand whether the new claim construction would affect the findings of anticipation in this case. Thank you, Mr. Heron. We'll give you two minutes for a bubble. Mr. Joseph. Good morning. The board's claim construction is correct, but as some of the questioning may have suggested, it's a total red herring. The reason is that the board, after addressing Oracle's claim construction dispute, what the board found as a bottom line fact is the exact same thing that the examiner had, which is that Magnuson, quote, replaces instructions within the intermediate code with new information. That's appendix page eight. But let's forget about the board for a moment. Let's take the question I was asking earlier. Okay, so let's say the claim construction overriding doesn't properly include circumvention and it doesn't properly include insertion. What is it that you understand Magnuson to be showing in this figure four, I guess? Yeah, and to be clear, figure four is a partial description. We're obviously relying on Magnuson as a whole, not just what's in the figure. But you're using figure four to walk through it. This is what Magnuson explains. Magnuson explains that first you start with a set of virtual machine instructions, which are called intermediate code, and that's what's on the left side here of figure four, the interpretive program. So that's your interpretive instructions. If you didn't change anything in the native code, what you would do is you would run down the intermediate instructions on the left. So they're in the interpretive program, the virtual machine instructions. Yes, that's what they are. The virtual machine instructions run the interpretive code. And because this is a threaded code model, Magnuson explains, the way it works is that you have the virtual machine instruction over here on the left. What it does is it points you to a service routine. Forgetting about native translation for a moment, what it does is the actual virtual machine instruction on the left points you, and there's a physical pointer here in the figure, over to a service routine that actually performs the relevant function. So, for example, on the right side here, under the translated instruction, we have a SUBU instruction, a SUBU service routine, which is for subtraction, and a BCND service routine, which is a branch on condition function. So the idea is that if we're over here, then back on the left, at each step, we just move sequentially. So as the PC pointer, the program counter pointer arrow moves down, we would get an instruction that, for example, would send us over to SUBU, and we would run interpretive text to do subtraction. We would then go a line down to an instruction that would send us over to do the service routine for the branch on condition. Now, that's the base case before you get into translation of native code. That's the familiar threaded code model that Magnuson explains has been around for 25 years and that he was building on. What Magnuson does to that is modification to the threaded code model. It is to say that at runtime, you can, the program can decide to translate certain of the interpreted code into native machine code in order to improve the processing machine. You can run some code that's native for the machine that you're running it on because it's faster that way. That's the absolute point of both Magnuson and the 205 patent. And Magnuson explains that after running, after creating what would be denoted here, for example, as a translated block down here for any given function, Magnuson discloses that what you can do then is that, quote, this is Appendix 8, 918, we introduce a new instruction, translated, that contains, quote, a pointer to the translated block and also handles what he calls entry-exit issues. So we know that there are two things. There is a translated instruction that points to the translated block of code, just like all of the virtual machine instructions on the left point to something else over on the right. So if we want to know where this translated instruction is, we see, well, which instruction on the left has a literal pointer over to the translated block on the right? And that's the instruction that over here on the left is denoted at the line labeled PC pointer, which is program counter pointer. So the concept is this. You're running your intermediate interpreted code, and at every given level, you've got a function, multiply, divide, whatever it might be. Normally, that kicks you over to a service routine that performs the interpreted code, interpreted code being code that can run on any machine, any machine architecture. What will happen, though, to perform the function with native code, translated native code, is that the machine in real time will create a translated block of native code for a function along with the corresponding translated instruction. Now, Oracle expressly conceded in the PTO, as they absolutely had to, that the translated instruction is, quote, in the intermediate instruction stream. That's appendix 1020 and 1032. So we know, take it as a given, that the translated instruction's over on the left side where it has to be, otherwise you'd never get to it. It wouldn't do anything. And where is it on the left side? It's on a place on the left side that points to the translated code. And so as a result, their argument in their reply brief, very clearly, their argument in their reply brief ends up being that for there to be anticipation, the word translated would have to appear on the left-hand side because then you would know there's a translated instruction on the left-hand side. But given that Magnuson explains that the instructions on the left-hand side point to the corresponding service routine or code on the right-hand side, you don't need to label both sides. What about the fact that we're talking about 64 bits that are divided to two different... They're pointing to two different places. Yeah, the way this works is that each of the instructions is... Oh, and by the way, it may help explain this just a little bit before I get into just a little bit of a running start. He asked counsel before about the level of skill in the art. He told you the level of skill that Oracle had sought, but the examiner expressly rejected. The examiner's finding a fact, and this is on page 41 of the appendix, is that the relevant skill in the art is not just a degree in computer science. It's not just a year of experience with computer programming, which was Oracle's answer in Oracle's testimony below. The examiner found as a fact that it's also a year of experience with designing compilers or interpretive-based software systems. Now, the reason that's important is it's a very high-level skill. That means that people reading this, those people, this is inside baseball, right? This is what they do all the time. And so the way the 64-bits works is that if you look at the instructions, each instruction box over on the left, there's a dotted line halfway through it. So the 64-bits fits into the top 32 and the bottom 32. For purposes of the translated instruction, that's why from the PCTR pointer instruction, there are two arrows, one going up to the translated service routine at the top. That's what the first 32-bit sends you to. And the second 32-bit sends you with the dotted arrow down to the translated block of code at the bottom. And so each 32-bits can direct you to a different thing. Magnuson explains the way that... The division of labor between the translated service routine and block can vary, he explains. But the basic concept is this. You need the translated block to actually... You know, that's the executable code that runs the function. But say it was a multiplication function that had been translated. It doesn't matter what it was, but say it was. In addition to that code, you would also need to know, well, what numbers am I multiplying? Where do I store the results? And then there are also what he calls entry and exit issues, where when you move from the interpreted code into a native instruction, and then you switch from native instruction back to interpreted code, there's some practical things you have to do to make sure that it's all working. But the way you're describing this, it sounds to me like it's not overriding if we assume that the claim construction that the board used was wrong. No, the reason it is is that the way that it works, and for example, just to illustrate... Just to be clear, you agree that Magnuson doesn't show circumvention or insertion, right? I suppose it depends what you mean by insertion. We have insertion of... It doesn't show circumvention. That's never been our argument. Our argument is that... No, no, I understand. I'm just trying to make sure that there's agreement here. Yeah, our argument at Magnuson all along is that what it shows is the translated instruction going exactly where the other instruction has been. That's the only argument we've ever made. But that's why I'm getting back to this question of... Yes, it ends up there at some point, but the question is how it ends up there. So if we assume that the claim construction was wrong and that overriding is to be construed the way your friend on the other side contends it should be construed, then how does your description of how these different pieces and parts then get together constitute overriding? Well, the reason is that over here on the left in any given instruction block, you know, in this instance, we're talking about the one that's at the designation of PC, of the program counterpointer, but it could be any one of these. Initially, there was a virtual instruction there of the interpretive variety that pointed over to a service routine for interpreters. So, for example, go down a line level to the SUBU instruction. There's a SUBU instruction here on the left. It points over to the SUBU service routine on the right. Now, if that's what had been translated, then the translated instruction would go in the corresponding part on the left where the SUBU now is, because the point is that the translated instruction takes the place of the instruct and sends you to native code. So, for the translated instruction to be there on the left and send you to the native code at the right time, the right part of the program, it takes the place of the instruction that had previously been there and sent you to a service routine for interpreters. Okay, so it takes the place because they're both in there and one has a priority? No, it goes in there and the other one comes out. Magnuson also explains... Comes out? It's stored elsewhere so that it can be put back in. This is what the briefs talk about in terms of the exit routines. And this also then is further evidence that the examiner relied on for the fact that there really had been overriding. The original virtual machine instruction that had been there, okay, is stored in by what Magnuson describes as places of variable called constant. And at page 81020 in the board, Oracle expressly conceded about the original instruction being stored in constant. Now, the reason the original instruction has been overwritten there, the reason the original instruction is stored elsewhere is that some other time when you run this code, maybe on a different machine architecture, you might want to go back to using the interpreted instruction instead of just having this new native one that you had there. So, during this, you store the original machine instruction that had been literally replaced in a variable called constant. When you're now done executing the... There's nothing wrong with that because the patent shows storing it. Hmm? There's nothing wrong with that because the patent shows storing it. That's what I was going to get to. It's exactly the same thing as the patent. Because you store... So, because you overwritten it here, you store it somewhere else. Now, when they finish running the translated block, one of the things that can be done as part of what's called an exit routine is to take the stored original instruction and then put it back where it had been so that the next time you run the code, you'd again have the choice of using it. And the reason that's a very important confirming evidence that the examiner lied in his findings is that Oracle again argues in its same brief in this court that the fact that the patent stores the original instruction somewhere else so that it can be put back, they say that's proof that there really was overwriting in the patent in the way that they mean it. And it's the exact same point for Magnuson, that Magnuson works exactly as the patent does because the only way this machine of code could even work, the only way this could even work is what Magnuson describes, which is you have a new translated instruction on the left pointing to the new translated block on the right for the function that otherwise would have been there in interpreted code. And because you put... Put aside for a minute the question of storage of whatever was originally in the left hand. I'll put that completely to one side. But what else tells us that what's going on within the block where the PC pointer is, program counter, is not simply a pointer to a translator instruction over to the right and to the block as opposed to a replaced line of code being replaced by the other? Magnuson expressly discloses both, which is why you can't limit it to one or the other. Magnuson expressly discloses that... And this is at... Sorry. Magnuson expressly discloses, and this is at page A918 of the appendix, that you can do one of... There are two ways of combining the threaded code model with block translation. Either... Where on that page are you reading? Oh, I see, I got it. Okay. Three quarters of the way down. Yeah, beginning of a paragraph. It says there are two ways of combining the threaded code model with block translation. Either the internal format includes a direct pointer to the compiled block, which is the option you asked about, or we introduce a new instruction translated. And it then goes on to explain that the new instruction translated... But why couldn't that be insertion? Well, that's what I said before. The second piece. The first piece is clearly, I think you would agree, is clearly not overwriting. The claim language requires that an instruction overwrite an instruction, so we're not saying that a pointer overwrites an instruction. Okay, so then there's the second option. Or we introduce a new instruction. Why can that not be... Well, that's why when Judge Stack asked before whether we agreed there was an insertion, I said it really depends on what you mean by insertion, because any version of overwriting... Putting in a new line of code between two that already exist without displacing either of the two that already exist. The reason you don't have that is that this is a... Would that be overwriting if you inserted a new line of code? Now we're flipping over to claim construction, but we would certainly argue yes, not the issue here and not relevant because that's not what happens here, but sure, because you're displacing... It's not what happens here. No, the reason it's not what happens here, as the examiner found, our expert testified to, from the perspective of a person with a lot of skill in the art, which is important when reading a highly technical paper like this, is that the way the threaded code model works, and Magnuson explained that had been around for 25 years, cited a paper on it. The idea of a threaded code model is that you proceed sequentially from one line to the next to the next. And at any given line that sends you off to a service routine, the service routine returns you to the next line. So when the instruction before the one that was translated finishes running, the service line sends you down to the... What we're calling the PC pointer box. If the translated instruction is not there, then it's not gonna run. Instead, what's gonna run is what's there, which is the original virtual machine instruction pointing you to interpret code, which is why the examiner found as a fact that for this to work, the only way the threaded code model actually works is for the new translated instruction to go exactly where, to this place, to be exactly where the interpreted instruction otherwise would have been. That's how a threaded code model works. Now, there are other ways of overriding things where you don't literally have to put something in each other's place, but not in the threaded code model, as understood by a person with quite a lot of skill in the art and as described by Magnuson. So now, turning to the storage business, I gather this is, I think you pointed to A1020, which is some Oracle file. That was a concession by Oracle below. What's the concession that you were referring to? What they agreed upon there, they referred to, quote, the original instruction, the one that we argue has been overwritten, the original instruction being stored in constant, C-O-N-S-T. Now, the reason that that's important is, the reason the concession is important is that they've disputed that in their briefs here. But the point of it is this, and this is exactly how the patent works, as Judge Dyke pointed out. When the interpreted instruction that was overwritten by the translated instruction, you don't want to lose that forever. You may need it the next time you run the program on a different computer architecture. So the initial, the original replaced instruction is stored in a variable called constant, so you don't lose it. It's stored somewhere else. Then, Magnuson explains that it's part of the exit routine. Exit means you're getting out of the native code and going back to the interpreted code. One of the things you can do at that point is to then take that original instruction that was stored elsewhere in the constant and put it back where it had been. So that it's available the next runtime. Exactly. But they say expressly on 1020, rather constant contains information about the original instruction precisely because in the intermediate format instruction stream, the translated instruction was used instead of, it helps me to emphasize the word used, that is executed, not emphasized instead of the original instruction. But the reason for the original instruction being stored is not necessitated by it being overwritten. Now maybe you're the wrong person to ask what is meant, but they do expressly there deny the implication of overwriting from the storing of the original instruction. No, to be clear, I must say they were conceding that factual premise and that that then means that they're wrong because. Because of what we were talking about earlier, which is elsewhere, and there are briefs in this court, they argue that the fact that the original instruction, after being overwritten in the patent, is stored according to patent. They argue that necessarily means that it was literally overwritten because why else would you store it anywhere else? And our point is what's good for the game, what's good for the game is good for the gander. The reason, this is interpretive evidence, but the reason in both the patent and Magnuson that the original instruction is stored after being replaced, overwritten, whatever you want to call it, is stored elsewhere in a constant. It's precisely because it's been displaced. If it was still there all along, you wouldn't need to remove it. You wouldn't need to take it out and put it back. And that's squarely what they argue on their own claim construction argument about what happens in the patent. The other point is it's worth, I mean, so the basic points in this are, one, just I sort of walked through, hopefully, what's actually disclosed here. And their argument in the brief really does end up being you need the word translate to appear on the left as well as on the right. But since the left points to the right, you don't need labels on both sides, especially for a person skilled in the art. And it's well worth remembering, well worth remembering that the basic point of both the patent and Magnuson is to improve execution speed by replacing a interpreted code with native code. They're both trying to do exactly the same thing. So it's not a surprise that they end up doing it in exactly the same way. Can you answer a question that I'm sure is going to sound extremely stupid, but how do you save time when you are doing the replacement in runtime as opposed to in advance? The reason, and Magnuson walks through this early on, but it's pretty technical. The reason is that if I run native code, that's code that's actually been intended for the particular computer architecture I'm running, so you can run it directly. If you run virtual machine code, the idea of that code is that's code that can be run through a virtual machine, which is a software platform, that will then be able to run on any computer architecture. It's part of the idea of Java, right? It wants to run anywhere. But the thing is, if you have your code that you have to run through the virtual machine in order to convert, in order to make it run on any computer architecture, that just entails additional processing steps. And those additional processing steps slow things down. So I take it your question is, yeah, but if you're going to convert to native code, that takes some processing steps, too. And in theory, yeah, there's a trade-off there, but, you know, as Magnuson explains, and he ran his prototypes and tests to show it, you know, it turns out that it's significantly faster, that the processing steps involved in running the virtual machine are greatly in excess of the speed entailed in the processing steps of switching to native machine code that can then run a whole lot faster. Could I take one more crack at seeing if I can articulate this in a way that I can understand, and you'll tell me if I'm wrong, that if I understand patent figure five, in the left-hand column of figure four, it would have overwritten part of the code here and changed it before there's any translating step or whatever you want to call it, putting it into something like the Java bytecode. But that what figure four in Magnuson shows is not that, that the interpreter program is not itself being changed, but that the code blocks are being transferred over to the simulated code, and that the code block, which we're focusing on, is not transferred over. Instead, that the native code is substituted instead as part of the transfer process. I don't know whether that makes any sense or not. Do you understand what I'm trying to say? Maybe. I mean, if my answer shows I didn't, please try. I think I did, but if my answer shows that I didn't understand what you said, please just let me know, and I'll try again. But I think that the answer is that it's important in figure four to understand. It's Magnuson figure four. I mean, there are two different things. Because the way that this model works is on the left, you have the virtual machine instructions, but those don't, whether the virtual machine instruction is the original or an overwritten or replaced one, either way, the virtual machine instruction itself doesn't execute the underlying function, be it subtraction or branch non-condition or whatever else. No matter what, you have a virtual machine instruction on the left that points to executable code on the right, and that's true whether we're talking about whether it's native or not. Okay? And so what is, so for example, if you look at this, I'm sorry, whether it's native or not. But whether we're talking about the original interpreted code or native code. By native, you don't mean machine code. You mean the original in the... Sorry, I meant the translated code. I mean, the idea of, two things I'm trying to distinguish between, I mean, there's an original native code before any of this happens that was turned into synthesized code, but what I meant is you have the interpreted code, which is, say, Java code, right? One's run anywhere. Okay? And then what you're doing is you translate some of that into native code, meaning code that's native for the computer architecture that you're running on right then, whatever that may be. Okay? So the original virtual machine instructions over on the left, I'll refer to interpret it, I'll refer you on the right to a service routine of interpreted code that will actually perform the relevant function. So the code that performs subtraction is not the instruction on the left, it's the sub-use service routine on the right that's pointed to by an instruction on the left. So the virtual machine instructions are, in your view, the interpreted code or the simulation code or some combination of both? I think every, I think it's common ground that the virtual machine instructions are the ones on the left. That's the intermediate program code, but the point is that the way that they work is that each of those isn't self-executing, if you're having a bad term. The machine doesn't directly execute those. Well, what you get... It has to have those translated. The virtual code on the left refers to service routines over on the right, and the service routine on the right just has to look at somewhere else to perform the function. That's true if it's interpreted or translated as native. And so the virtual machine instructions, I think everyone agrees, are on the left. The point is simply that when we take, when we translate one of the service routines on the right from interpreted code, say interpreted subtraction, into native subtraction for the relevant computer code, two things happen. One is we make that translation of the underlying implementing executable code over on the right. And then second, Magnuson tells us that over on the left, we either include a pointer that will get us to the new native code, or we introduce a new instruction translated that, among other things, contains that pointer. Would it be fair to say that in changing the virtual machine instructions for the left over into the simulated code, you are transferring blocks of code from one column to the other and then manipulating that code in the process, but that what Magnuson shows is as part of the process of transferring the blocks of code, we're going to substitute native machine instructions for the virtual machine instructions as part of that process. Does that make any sense? The second half of that is clearly correct. The first half, I'm sorry, I'm not entirely sure. So the difference between this and figure five of the patent is that the substitution is taking place at a different stage of the process in the patent. The substitution is taking place while the interpreted program is there and before there is any manipulation of that code, whereas in Magnuson, it takes place as part of the process of manipulating the interpreted code over into the simulated code. Maybe let's go to the patent figure five, back to patent figure five. But what I said doesn't make any sense or does it make sense? Well, it may. The reason is this. The reason is this. On the patent figure, I know it, but again, I'll point out that the technical complexity points to the high level of skill in the art in deference, which is true and an important point. But patent figure five on the left where the go native instruction replaces byte code two, okay? Just like over here, the translate instruction replaces the instruction that previously went in the same place. What does the go native instruction do? We have an arrow that takes us over to a snippet zone and the snippet zone contains the executable code. So in the patent, we're replacing two different things, right? We're replacing an instruction on the left and then on the right, we are run and then that takes us over to the right to a block of executable native code that is run instead of what byte code two otherwise would have run. And this is my point. That's exactly what Magnuson does. You replace the instruction on the left, the virtual machine instruction on the left, whether you call it go native or translated depending on which one you're in. And either way, what it does is it takes you to the right. The patent calls the snippet zone. We call it service routines in Magnuson or blocks of translated code. But either way, it's the same point that just as a logistical matter, what you replace is a virtual machine instruction on the left. That takes you over to a new block of native code that runs instead of the interpretive code that otherwise would have run. And that's why it sounded like to me when you were talking about are we moving things from the left to the right and vice versa. And my answer to that would be no because in both of them there's something on the left and something on the right and what's on the left stays on the left and what's on the right stays on the right. There's just a new instruction put on the left and a new corresponding block of code put on the right. And that's true in both the patent and Magnuson. But maybe the difference between the patent and Magnuson is that the patent has three steps whereas Magnuson has two steps. In other words, in the figure five of the patent the first column as part of the transfer to the second column has this overwriting of byte code too whereas in Magnuson you're going you're not doing that step you're going from the left-hand column to the right-hand column. No? Well, but how do you get in either of them how do you get from the left-hand column    of the right-hand column? And isn't the go-native isn't that the overwriting that's going on in the right-hand column? No. No. No. Is that what Judge Dyk was just talking about? Precisely. And that's what I'm about to say is the same thing in Magnuson. The go-native instruction on the left overwrites byte code too and sends you to a service to what they call a snippet zone which is a new block of translated native text over on the right. That's exactly what the patent shows. Magnuson now written as a highly technical paper written for a highly technical audience Magnuson doesn't do as much labeling on the left side but what it shows is on the left side you have this is the interpret program the intermediate program code the stream of instructions and each of them contains a pointer to a block over on the right side which Magnuson calls either a service routine or a block of translated text. Either way it's the same thing. You have an instruction on the left that points you to implementing or executing code over on the right and we know that the equivalent over here if you want to say the PC pointer is the equivalent of byte code was the equivalent of byte code too we know that it's been overwritten by the translated or go native whatever you want to call it instruction because Magnuson says that we can introduce a new instruction translated that will point to the new replacement block of code. Under that theory wouldn't it be more correct to say that the simulation code is actually the virtual machine code in Magnuson? The claim language as a whole and this is true for both Magnuson and the patent the claim language as a whole refers to a virtual machine instruction that quote represents or references one or more native machine instructions that can be executed so the claimed virtual machine instruction is something that represents or references executable code which is why in both Magnuson and the patent the claimed virtual machine instruction for overwriting that we're talking about is the byte code or instruction on the left not the block of code on the right that it points to and that's true for either one of them it's just a function of other claim language that's not otherwise directly in dispute here but again I just can't keep coming back to the fact that enough that the examiner found that there's a very high level skill in the art here and when it comes to reading a highly technical paper from the perspective of a person skilled in the art the examiner's fact finding which is the same fact finding the board ultimately made is entitled to considerable deference I think in part because of you know some of the things we're talking about here thank you Mr. Joseph for Mr. Harington doing some additional time and we've already got a few minutes give him five minutes and if he needs more we'll do it thank you your honor I'd actually like to respond first to the last thing that my friend said which he said that the board made the same factual finding as the examiner and that's not correct the board made a finding that there was code overwritten I'm sorry the examiner made a finding that there was code overwritten the board only made its finding based on the under the erroneous claim construction it was not able to find anywhere in Magnuson that code was overwritten and that's because nothing in Magnuson discloses it now to be sure most of the discussion that was that just occurred explained how in figure four it shows that there's code native I'm sorry virtual machine instructions on the left side that point to a block of compiled code on the right that's that's that's entirely true but nothing about that fact indicates that what occurred is that at that point there was no virtual machine instruction that was generated and that was written on top of an existing virtual machine instruction there's simply nothing in Magnuson the only thing to which a point is this sentence call that that says we can introduce a new instruction you want to put into use this new instruction the new instruction could be inserted it could be somewhere else in the file and you could have memory pointers pointing to the new instruction Magnuson doesn't show insertion I mean Magnuson doesn't appear to show insertion but it also doesn't appear to show overwriting what Magnuson shows is that code was originally written and that when the source code gets taken over into the interpreted code that at that point it goes part of the code gets interpreted into the native machine instructions part of it is already compiled but picking up from a point you made earlier what it doesn't show is the three step process it just shows the two steps it shows that code points to the compiled code but it doesn't show the three step process which is you originally had code that was compiled into the compiled code but it doesn't show the three step   you originally had code that was compiled into the compiled code but it doesn't show the three step process which is you originally had code that was compiled into the    doesn't show the three step process which is you originally had to    a way that was not clear to me. So the sentence in Magnuson says you can either point to this other instruction or you can introduce an additional instruction. You could still introduce a new instruction. And the instruction could take as a parameter the lines of code just like it says. But that doesn't mean that that new instruction gets written on top of. In that sentence introduce has to do with nothing other than point to what. Introduce is to put into use. What Magnuson is explaining is rather than having a pointer we're going to have a line of code called translate. And that line of code is going to have the parameters that are going to point to the compiled code, the native code. But nothing about that. That just simply says rather than using pointers we're going to use a new instruction. I guess I'm having my imagination and knowledge are too limited here. An instruction that says go there and do this. I take it to be a pointer. Insertion can be you go from one to now 1.5. I forget about the number before you but you don't erase one or two. And 1.5 is introducing this instruction. Is that a non-pointer way of introducing? That's a non-pointer way of introducing and not overriding. Yes. Okay. And can you explain the point we were discussing before about why if you don't overwrite in the specific sense of replacing, deleting what was there and putting something else in its place, why would you store the line of code or the instruction that you are, why would you store it? When you're not executing. I agree that the fact that code gets overwritten in the patent, for example, shows that it's overwriting the line of code. Google argues though that based on the exit routines that it shows, in Magnuson, that it shows that code is stored somewhere and is going to be replaced. That's not true. First of all, the board did not find. I'm not asking about what the board found. I want you to try to explain to me why it is, even intuitively, one would take the original line of code, store it somewhere else unless you are overwriting it. You wouldn't, but that's not what Magnuson teaches occurs. Magnuson does not teach the exit routines. I do think it's important that the board didn't find that the exit routines occurred because that would be an alternative ground that's outside the domain of this court. That's a factual finding that the board has to make, not this court. Is what you're saying that the interpreted program has never changed, it just stays there, so there's no need to store the interpreted program somewhere else? That's right. That appears under the fact that Magnuson only has the two steps, not the three steps. The new line of code doesn't get put there, so you don't need to take another line of code. And even if you think that Magnuson does do the three steps, again, nothing about the exit routines shows that there's instruction that was stored and is going to come back. Their experts' report is entirely conclusory about that. It simply says, in fact, the point that their experts' report's discussion of what happens in those exit routines says that the all-caps translated is what gets overwritten. Even their expert doesn't say that the exit routines show that there's any original line of code that replaced the existing line of code. What their expert says is that the translated instruction, the new introduced instruction, is what gets overwritten. And that's not what's claimed in the MAGNUSON  There's no knowledge about that. And we would ask the court to find that nothing or to hold that nothing in MAGNUSON discloses overwriting under the correct instruction and remand to the board with those instructions. But if there's any doubt about that, this is a factual finding that the board should make under the new construction. The board only found under the old construction at A9, the board says, under the broad but reasonable interpretation of overwriting previously set forth, we find this process replaces instructions within the intermediate code with new information. In other words, the board only found replacement and never found overwriting. It was all based on the old construction. There was a lot of discussion that this is very highly technical art, that this is something that takes a very high level of skill in the art, and if that's the case, then that's something the board should find on remaking. I want to come back to what I still don't understand. 1020. 1020? I gather this is your filing in the patent office, and right at the bottom you say the reason for the original instruction being stored in constant is not one thing or another. I take that to be a concession that the original instruction is in fact stored in constant, and then we can argue about why. Well, I think that that's a response to Google's response to the original instruction being stored in constant. If you want to tell me that this is unfortunately worded and all you meant to do is to say assuming, that's one thing, but I took it that the factual presupposition of this sentence is an agreement that the original instruction is in constant. Well, I think that what was meant to be said there was assuming that that occurs, this doesn't show overwriting. And there's an issue in the exit routine itself, I mean, the exit routines demonstrate that it can't mean replacing the original code. The exit routine, exit 0 and exit D, which is we are at A920. Exit 0 has ROP equals upper const and ROP and lower const. And then the exit D routine  the bottom has RPC equals 0. I'm sorry, ROP equals 0. And the description says that it dispatches ROP equals 0. ROP code 0, which corresponds to not decoded. In other words, the exit D routine is the deallocation routine that says we're now going to deallocate the compiled block of code, we're not going to use it anymore. So we want to return to the way things were. Assuming under Google's view of the universe, we want to return to the way things were. But it says ROP equals 0, rather than ROP equals const. If const is what stored that original line of code, this would say ROP equals const, just like it does up in the exit 0 routine. So, you won't be surprised to learn that I did not follow that entirely. But getting back to 1020. Yes. Let's just now indulge the assumption. You were saying something that either the original instruction is stored in constant or at the minimum you're saying if it's stored in constant, that does not imply, presuppose, necessitate that the original instruction was replaced. Right. Why not? Why would you store the thing if it's not going away? Not going away in the original instruction file. Well, according to Google's expert and that's at A897 to A898, Google's expert says that the exit D routine overwrites the translated instruction. So, if you're, in other words, it's not overwriting the original instruction as the claims are required. Google's expert says that the, assuming that that const stores the original line of code, all it does is it overwrites the translated instruction. That doesn't show that the translated instruction ever overwrote the original line of code. I guess I'm asking for something that's more about an intuitive explanation. At a minimum at the bottom of 1020, you are saying if, and the language is, the original instruction is stored in constant. There's a reason to do that, even if you are not taking it out. What is that reason? Can you make me understand why you would store it somewhere if  taken it out? I think that the fact, if code is stored as the patent shows in our construction of overwriting from the original  code, that's why you would store that code, except that that's not what Magnuson says is going on. All that Magnuson says is going on even under Google's expert report is that it would overwrite the translated. If you are going to overwrite the translated code and you create then the virtual machine code which they call the intermediate code, at the time you are creating that, you can create that translated instruction as opposed to in the patent where you would create that instruction and at the   you would overwrite the translated code rather than before. And that's basically your argument and that doesn't satisfy the patent. That's right. Anything more? In any event, we would ask that the claim be reversed and the case be remanded for the board to consider under the new construction. Thank you, Mr. Heron. I thank both counsel. The case is submitted and that concludes our session for today.